UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-00348-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER RELATING CASES** |
| APPROXIMATELY $123,513.00 IN OWNERSHIP PAYOUTS FROM YREKA JUNCTION INVESTORS, LP SINCE JUNE 20, 2013, *et al.*, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:13-cr-00214-TLN |
| Plaintiff, | |
| v. | |
| CHRIS W. EATOUGH, | |
| Defendant. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(f). The basis to forfeit Defendant's assets is the same as the basis underlying the criminal plea agreement and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1     The parties should be aware that relating the cases under Local Rule 123 merely has the

2 result that these actions are assigned to the same judge. No consolidation of the actions is

3 affected. The undersigned will retain the first action, and so both actions shall be assigned to the

4 judge to whom the first filed action was assigned.

5     IT IS THEREFORE ORDERED that the action denominated 2:18-cv-00348-MCE-EFB is

6 hereby reassigned to District Judge Troy L. Nunley for all further proceedings. Any dates

7 currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on

8 documents filed in the reassigned case shall be shown as: 2:18-cv-00348-TLN-EFB.

9     IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the

10 assignment of criminal cases to compensate for this reassignment.

11

12 Dated: February 20, 2018

13

14

15 _____

16 Troy L. Nunley
    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2