1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States



**FILED**

MAR 0 5 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

8          IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,                    2:18-CV-00348-TLN-EFB

12              Plaintiff,

                                                 ORDER REGARDING CLERK'S
13      v.                                       ISSUANCE OF WARRANT FOR ARREST
                                                 OF ARTICLES *IN REM*
14  APPROXIMATELY $123,513.00 IN
    OWNERSHIP PAYOUTS FROM YREKA
15  JUNCTION INVESTORS, LP SINCE JUNE 20,
    2013,
16
    A 10% OWNERSHIP SHARE IN YREKA
17  JUNCTION INVESTORS, LP, and

18  APPROXIMATELY $150,000 IN PROCEEDS
    FROM THE SALE OF REAL PROPERTY
19  LOCATED AT 1358 BLUE OAKS
    BOULEVARD, ROSEVILLE, CALIFORNIA,
20
                Defendants.
21

22      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on February 14, 2018, in

23  the United States District Court for the Eastern District of California, alleging that the defendants

24  Approximately $123,513.00 in ownership payouts from Yreka Junction Investors, LP since June 20, 2013

25  and Approximately $150,000 in proceeds from the sale of real property located at 1358 Blue Oaks

26  Boulevard, Roseville, California (hereafter "defendant funds") are subject to forfeiture to the United

27  States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), for one or more violations of 18 U.S.C. §§

28  1341, 1343, and 1956(a)(1)(B)(1);

                          1

1    And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and

2    the affidavit of Internal Revenue Service, Criminal Investigations Special Agent Daniel M. Norman,

3    there is probable cause to believe that the defendant funds so described constitute property that is

4    subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of

5    Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime

6    Claims and Asset Forfeiture Actions;

7        IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District

8    of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant funds.

10   Dated: 3-2-2018

EDMUND F. BRENNAN
United States Magistrate Judge

2