McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00348-TLN-EFB |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $123,513.00 IN OWNERSHIP PAYOUTS FROM YREKA JUNCTION INVESTORS, LP SINCE JUNE 20, 2013, | |
| A 10% OWNERSHIP SHARE IN YREKA JUNCTION INVESTORS, LP, and | |
| APPROXIMATELY $150,000 IN PROCEEDS FROM THE SALE OF REAL PROPERTY LOCATED AT 1358 BLUE OAKS BOULEVARD, ROSEVILLE, CALIFORNIA, | |
| Defendants. | |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendants Approximately $123,513.00 in ownership payouts from Yreka Junction Investors, LP since June 20, 2013, a 10% ownership share in Yreka Junction Investors, LP, and Approximately $150,000 in proceeds from the sale of real property located at 1358 Blue Oaks Boulevard, Roseville, California ("defendant assets").

2. On February 1, 2018, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Chris W. Eatough agreed to forfeit all of his right, title, and interest in the defendant assets,

1

plus any accrued interest, to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law. That Stipulation is attached to the Request for Final Judgment of Forfeiture filed herein.

3. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 14, 2018, alleging that said defendant assets are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

4. On March 5, 2018, the Clerk issued a Warrant for Arrest for the defendants Approximately $123,513.00 in ownership payouts from Yreka Junction Investors, LP since June 20, 2013, and Approximately $150,000 in proceeds from the sale of real property located at 1358 Blue Oaks Boulevard, Roseville, California. That warrant was executed on March 8, 2018.

5. Beginning on March 10, 2018, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on June 22, 2018.

6. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

    a. Laura Lea Eatough.

7. On April 19, 2018, a Protective Order was entered for the defendant 10% ownership share in Yreka Junction Investors, LP. On April 27, 2018, the Protective Order was served on Timothy Taylor, manager of Potter-Taylor & Company and Agent for Service of Process for Taylor Center Managers, LLC.

8. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Laura Lea Eatough on June 27, 2018. Pursuant to Local Rule 540, the United States requests that, as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Laura Lea Eatough without further notice.

9. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

2

Final Judgment of Forfeiture

1. Judgment is hereby entered against potential claimants Chris W. Eatough and Laura Lea Eatough, and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of Chris W. Eatough and Laura Lea Eatough in the following defendant assets shall be forfeited to the United States pursuant to 18 U.S.C §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law:

    a. Approximately $123,513.00 in ownership payouts from Yreka Junction Investors, LP since June 20, 2013, plus any accrued interest,

    b. A 10% ownership share in Yreka Junction Investors, LP, and

    c. Approximately $150,000 in proceeds from the sale of real property located at 1358 Blue Oaks Boulevard, Roseville, California, plus any accrued interest.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest or forfeiture of the defendant assets. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The potential claimant waived the provisions of California Civil Code § 1542.

4. All parties are to bear their own costs and attorneys' fees.

5. The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

6. Based upon the allegations set forth in the Complaint filed February 14, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant assets, and for the commencement and prosecution of this forfeiture action.

SO ORDERED:

Dated: June 29, 2018

_____
Troy L. Nunley
United States District Judge

3